UNITED STATES of America,
Plaintiff-Appellee,

v.

Ellus LAROUS, Defendant-Appellant.

No. 16-6976

United States Court of Appeals,
Fourth Circuit.

Submitted: November 22, 2016

Decided: December 12, 2016

Ellus Larous, Appellant Pro Se. Michael Gordon James, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before KING, AGEE, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ellus Larous appeals the district court's order denying his motion for declaratory relief or immigration departure. We have reviewed the record and Larous's claims and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Larous, No. 5:98–cr–00007–F–4 (E.D.N.C. July 6, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED